**Order filed, November 30, 2022.**



**In The**

**Fourteenth Court of Appeals**

_____

**NO. 14-22-00312-CV**

_____

**BIJAN MERRIKH, Appellant**

**V.**

**JOSEPH COSTA AND JOHNA COSTA, Appellee**

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-28389**

## ORDER

The reporter's record in this case was due May 24, 2022. *See* Tex. R. App. P. 35.1. On October 4, 2022, this court reinstated this case and extended the time to file the reporter's record until November 3, 2022. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the previous request, we issue the following order.

We order **Monica Grassmuck**, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM

Panel Consists of Zimmerer, Spain, and Hassan.